```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HYAXIOM, INC.                            :
                                         :
                    Plaintiff,           :
              -v-                        :     24cv7821 (DLC)
                                         :
CLEARCELL POWER, INC., ALINA             :         ORDER
MEZHIBOVSKY a/k/a                        :
ALINA MEZH, VICTOR MEZHIBOVSKY a/k/a     :
VICTOR MEZH, VM POWER, INC., and         :
JP MORGAN CHASE BANK N.A.,               :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 17, 2024, defendants removed this case from New York State Supreme Court, County of New York. On October 21, defendants filed a motion to change venue pursuant to Rule 1404, Fed. R. Civ. P., seeking to transfer the case to the United States District Court for the District of Connecticut.

On October 22, plaintiff filed its opposition to defendants' notice of removal, and moved to remand the case to the New York State court or, in the alternative, for a preliminary injunction. Accordingly, it is hereby

ORDERED that defendants file any opposition to plaintiff's motion to remand by October 29, 2024.  Any reply shall be filed by October 31, 2024.

Dated:   New York, New York
         October 23, 2024

```
                            _____
                                    DENISE COTE
                            United States District Judge
```